IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES WALKER, #127743, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL HARRIS, OFFICER, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 2:05cv953-T<br>(WO) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on December 5, 2005, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this case is DISMISSED without prejudice for plaintiff's failure to comply with the order of this court.

Done this 20th day of December, 2005.

                                      /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE